UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHIR RIVERA,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMUNICATION SYSTEMS, INC., ROGER H.D. LACEY, ANITA KUMAR, STEVEN C. WEBSTER, RANDALL D. SAMPSON, RICHARD A. PRIMUTH, and MICHAEL ZAPATA,<br><br>   Defendants. | Case No.: 21-cv-5500 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 23, 2021

                **MOORE KUEHN, PLLC**

                */s/Justin Kuehn*
                Justin A. Kuehn
                Fletcher W. Moore
                30 Wall Street, 8th floor
                New York, New York 10005
                Tel: (212) 709-8245
                jkuehn@moorekuehn.com
                fmoore@moorekuehn.com

                *Attorneys for Plaintiff*